IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| HAROLD DAVID CRUISE, | ) |   |
|---|---|---|
|   | ) |   |
| Plaintiff, | ) |   |
|   | ) |   |
| vs. | ) | CIVIL ACTION NO. 19-0256-CG-B |
|   | ) |   |
| BENJAMIN H. BROOKS, III, et al., | ) |   |
|   | ) |   |
| Defendants. | ) |   |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated July 12, 2019 (Doc. 4) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that Plaintiff's case be dismissed without prejudice for failure to prosecute this action and to comply with the Court's Order.

**DONE and ORDERED** this 6th day of August, 2019.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE