# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| HAROLD DAVID CRUISE, | ) |
| Plaintiff, | ) |
| vs. | ) CIVIL ACTION NO. 19-0256-CG-B |
| BENJAMIN H. BROOKS, III, et al., | ) |
| Defendants. | ) |

## JUDGMENT

In accordance with the Order entered this date, it is **ORDERED, ADJUDGED,** and **DECREED** that Plaintiff's case is dismissed without prejudice for failure to prosecute this action and to comply with the Court's Order.

**DONE and ORDERED** this 6th day of August, 2019.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE